# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 4, 2015

## NO. 03-13-00529-CV

**Vo Engineering, Ltd., Co., and Chau V. Vo a/k/a Charley Vo, Appellants**

**v.**

**Nu Cai, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on May 23, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.